# Court of Appeals
# of the State of Georgia

ATLANTA, February 01, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0186.  LEOPOLD O. V. ENWONWU v. WELLS FARGO BANK, N. A.**

This case began as a dispossessory proceeding in magistrate court.  Upon defendant Leopold O. V. Enwonwu's failure to appear, the magistrate court entered a default judgment granting the writ of possession.  Enwonwu appealed to the superior court, which entered a final order dismissing the case on December 7, 2012. Enwonwu filed this application for discretionary appeal on January 7, 2013.  We lack jurisdiction.

Generally, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d).  But the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter of this discretionary application is a dispossessory judgment. OCGA § 44-7-56, which governs dispossessory actions, requires that an appeal from a dispossessory ruling be filed within seven days of the date judgment was entered.  See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).

Because Enwonwu did not file his application for discretionary appeal within seven days of the superior court's final order, this Court lacks jurisdiction over this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 02/01/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*